**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

Debtor(s) Darryl Bernard Sheppard          Case No: 6:17-bk-03351

**[#   AMENDED (if applicable)] CHAPTER 13 PLAN**

**CHECK ONE:**

_____ Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

__X__ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1.    MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of __36____ months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

(A)   $_6800_____ for months ___1____ through __36_____
(B)   $_____ for months _____ through _____
(C)   $_____ for months _____ through _____

To pay the following creditors:

**2.    ADMINISTRATIVE ATTORNEY'S FEES.**

**Base Fee $7000       Total Paid Prepetition $1190       Balance Due $5810**

**Estimated Additional Fees Subject to Court Approval   $_____**

**Attorney's Fees Payable through Plan $__161.39_____ Monthly (subject to adjustment)**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 Digits of Acct No. | Creditor | Total Claim |
|---|---|---|
| | | |

4. **TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| | | | | | |

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee, calculated at the lesser of 31% of Debtor's gross monthly income from all sources listed on Schedule I, minus homeowner association fees or the normal monthly contractual mortgage payment:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. (at 31% or Contract Amt.) |
|---|---|---|---|
| 0982 | Ocwen Financial | 420 Perkins St, Tallahassee, FL 32301 | $923 (contractual) |

2

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Value | Pmt. | Interest @ ___% |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**(D)    Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Interest @ ___% |
|---|---|---|---|---|---|
| 7524 | Steward Financial | Mercedes | $26,834 | $513 | 5.5% |
| | | | | | |

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|
| | | | | |
| | | | | |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral |
|---|---|---|
| | | |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct No. | Creditor | Collateral Description/Address |
|---|---|---|
| | | |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral to be Surrendered |
|---|---|---|
| | | |

**(I) Other Secured Claims.** Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated in rem as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

6. **LEASES/EXECUTORY CONTRACTS.**

| Last 4 Digits of Acct No. | Creditor | Property | Assume/Reject-Surrender | Est. Arrears |
|---|---|---|---|---|
| N/A | Lufti Investment Co LLC | 500 N Orange Blossom | ASSUME | $50,000 |
| N/A | Pizuti Sevens Holding LLC | 777 N Orange Ave # 820 | ASSUME | $ 7,200 |

7. **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $ 101,383.00            .

4

8. **ADDITIONAL PROVISIONS:**

   (A)   Unless otherwise ordered, secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

   (B)   Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

   (C)   Property of the estate (check one)*

         (1)   _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

         (2)   _____ shall vest in Debtor upon confirmation of the Plan.

   *If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

   (D)   The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

   (E)   The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

   (F)   Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

9.   **NONCONFORMING PROVISIONS:** $50 monthly monitoring fee will be paid to the Debtor's Attorney post confirmation

_____

_____

_____
Debtor

Dated: 6-23-17

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                           Chapter: 13
                                                 Case No. 6:17-bk-03351
Darryl Bernard Sheppard

    Debtor (s).
_____/

**CERTIFICATE OF SERVICE FOR CHAPTER 13 PLAN**

COMES NOW, the undersigned counsel hereby certifies that copies of the Chapter 13 Plan have been furnished by regular U.S. Mail or electronically via ECF to Laurie K Weatherford, PO Box 3450, Winter Park, FL 32790; United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, Debtor Darryl Bernard Sheppard, 777 N Orange ave, Apt 820, Orlando, FL 32801; and to all parties on the attached creditor matrix, this 23rd of June, 2017.

By: /s/ Wayne B. Spivak
Wayne B. Spivak, Esq.
Florida Bar No. 38191
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: wspivak@youhavepower.com

| filing date | | 5/22/2017 | | | 10.0% | | Said Lufti | | | Reg Pymt | Till Rate 5.5% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st pmt date | | 6/21/2017 | | Debtor Pmt | Tee Fee | Said Lufti | Rental Arrears | $5,810.00 | | Loan Mod | Meredes |
| plan term | 60 | Unsecured | 36 | | | Ongoing Commercial Ren | $50,000.00 | Atty Fees | Monitoring | Ocwen | Steward Fin |
| 6/21/2017 | 1 | $22.61 | | $6,800.00 | $680.00 | Direct | $4,500.00 | $161.39 | $0.00 | $923.00 | $513.00 |
| 7/21/2017 | 2 | $22.61 | | $6,800.00 | $680.00 | | $4,500.00 | $161.39 | $0.00 | $923.00 | $513.00 |
| 8/21/2017 | 3 | $22.61 | | $6,800.00 | $680.00 | | $4,500.00 | $161.39 | $0.00 | $923.00 | $513.00 |
| 9/21/2017 | 4 | $22.61 | | $6,800.00 | $680.00 | | $4,500.00 | $161.39 | $0.00 | $923.00 | $513.00 |
| 10/21/2017 | 5 | $22.61 | | $6,800.00 | $680.00 | | $4,500.00 | $161.39 | $0.00 | $923.00 | $513.00 |
| 11/21/2017 | 6 | $22.61 | | $6,800.00 | $680.00 | | $4,500.00 | $161.39 | $0.00 | $923.00 | $513.00 |
| 12/21/2017 | 7 | $22.61 | | $6,800.00 | $680.00 | | $4,500.00 | $161.39 | $0.00 | $923.00 | $513.00 |
| 1/21/2018 | 8 | $22.61 | | $6,800.00 | $680.00 | | $4,500.00 | $161.39 | $0.00 | $923.00 | $513.00 |
| 2/21/2018 | 9 | $22.61 | | $6,800.00 | $680.00 | | $4,500.00 | $161.39 | $0.00 | $923.00 | $513.00 |
| 3/21/2018 | 10 | $22.61 | | $6,800.00 | $680.00 | | $4,500.00 | $161.39 | $0.00 | $923.00 | $513.00 |
| 4/21/2018 | 11 | $22.61 | | $6,800.00 | $680.00 | | $4,500.00 | $161.39 | $0.00 | $923.00 | $513.00 |
| 5/21/2018 | 12 | $3,972.61 | | $6,800.00 | $680.00 | | $500.00 | $161.39 | $50.00 | $923.00 | $513.00 |
| 6/21/2018 | 13 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 7/21/2018 | 14 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 8/21/2018 | 15 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 9/21/2018 | 16 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 10/21/2018 | 17 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 11/21/2018 | 18 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 12/21/2018 | 19 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 1/21/2019 | 20 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 2/21/2019 | 21 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 3/21/2019 | 22 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 4/21/2019 | 23 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 5/21/2019 | 24 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 6/21/2019 | 25 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 7/21/2019 | 26 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 8/21/2019 | 27 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 9/21/2019 | 28 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 10/21/2019 | 29 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 11/21/2019 | 30 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 12/21/2019 | 31 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 1/21/2020 | 32 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 2/21/2020 | 33 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 3/21/2020 | 34 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 4/21/2020 | 35 | $4,472.61 | | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 5/21/2020 | 36 | $4,472.61 | 36 at | $6,800.00 | $680.00 | | | $161.39 | $50.00 | $923.00 | $513.00 |
| 6/21/2020 | 37 | $0.00 | | | $0.00 | | | | | | |
| 7/21/2020 | 38 | $0.00 | | | $0.00 | | | | | | |
| 8/21/2020 | 39 | $0.00 | | | $0.00 | | | | | | |
| 9/21/2020 | 40 | $0.00 | | | $0.00 | | | | | | |
| 10/21/2020 | 41 | $0.00 | | | $0.00 | | | | | | |
| 11/21/2020 | 42 | $0.00 | | | $0.00 | | | | | | |
| 12/21/2020 | 43 | $0.00 | | | $0.00 | | | | | | |
| 1/21/2021 | 44 | $0.00 | | | $0.00 | | | | | | |
| 2/21/2021 | 45 | $0.00 | | | $0.00 | | | | | | |
| 3/21/2021 | 46 | $0.00 | | | $0.00 | | | | | | |
| 4/21/2021 | 47 | $0.00 | | | $0.00 | | | | | | |
| 5/21/2021 | 48 | $0.00 | | | $0.00 | | | | | | |
| 6/21/2021 | 49 | $0.00 | | | $0.00 | | | | | | |
| 7/21/2021 | 50 | $0.00 | | | $0.00 | | | | | | |
| 8/21/2021 | 51 | $0.00 | | | $0.00 | | | | | | |
| 9/21/2021 | 52 | $0.00 | | | $0.00 | | | | | | |
| 10/21/2021 | 53 | $0.00 | | | $0.00 | | | | | | |
| 11/21/2021 | 54 | $0.00 | | | $0.00 | | | | | | |
| 12/21/2021 | 55 | $0.00 | | | $0.00 | | | | | | |
| 1/21/2022 | 56 | $0.00 | | | $0.00 | | | | | | |
| 2/21/2022 | 57 | $0.00 | | | $0.00 | | | | | | |
| 3/21/2022 | 58 | $0.00 | | | $0.00 | | | | | | |
| 4/21/2022 | 59 | $0.00 | | | $0.00 | | | | | | |
| 5/21/2022 | 60 | $0.00 | | | $0.00 | | | | | | |
| receiving | | $111,563.96 | | $244,800.00 | $24,480.00 | | $50,000.00 | $5,810.04 | $1,250.00 | $33,228.00 | $18,468.00 |
| total unsec. | | $101,383.00 | | | | | | | | | |
| | | 110% | | | | | | | | | |

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re:

Darryl Bernard Sheppard

    Debtor (s).

_____/

Chapter: 13
Case No. 6:17-bk-03351

### **CERTIFICATE OF SERVICE FOR CHAPTER 13 PLAN**

COMES NOW, the undersigned counsel hereby certifies that copies of the Chapter 13 Plan have been furnished by regular U.S. Mail or electronically via ECF to Laurie K Weatherford, PO Box 3450, Winter Park, FL 32790; United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, Debtor Darryl Bernard Sheppard, 777 N Orange ave, Apt 820, Orlando, FL 32801; and to all parties on the attached creditor matrix, this 23rd of June, 2017.

                                            By: /s/ Wayne B. Spivak
                                            Wayne B. Spivak, Esq.
                                            Florida Bar No. 38191
                                            Justin Clark & Associates, PLLC
                                            Attorney for Debtor
                                            500 Winderley Place, Unit 100
                                            Maitland, FL 32751
                                            Tel: 321-282-1055
                                            Fax: 321-282-1051
                                            Email: wspivak@youhavepower.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-03351-KSJ<br>Middle District of Florida<br>Orlando<br>Fri Jun 23 16:14:31 EDT 2017 | Darryl Bernard Sheppard<br>777 N Orange Ave<br>Apt 820<br>Orlando, FL 32801-1190 | Steward Financial Services<br>444 East Kings Highway<br>Maple Shade, NJ 08052-3427 |
| ACS/Aelma<br>Claims Dept/Bankruptcy<br>Po Box 7051<br>Utica, NY 13504-7051 | Aes/ Edsouth<br>Attn: Bankruptcy<br>Po Box 2461<br>Harrisburg, PA 17105-2461 | Afni<br>Po Box 3427<br>Bloomington, IL 61702-3427 |
| Aldous<br>4659 S 2300 E Ste 104<br>Holladay, UT 84117-4553 | American Financial Man<br>8755 W Higgins Rd Ste 61<br>Chicago, IL 60631-2751 | Ben Iceman<br>200 East New England Ave<br>Ste 300<br>Winter Park, FL 32789-4345 |
| Caine & Weiner<br>Attn: Bankruptcy<br>21210 Erwin St<br>Woodland Hills, CA 91367-3714 | Credit Protection Assoc<br>Po Box 802068<br>Dallas, TX 75380-2068 | Ecmc<br>Capital One Retail Srvs/Attn: Bankruptcy<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 |
| Edfinancial Svcs/Bank Of NY<br>Attn: Claims Department<br>Po Box 36014<br>Knoxville, TN 37930-6014 | Edfinancial/ctsfc<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 | Edfinancial/esa<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 |
| Edfinancial/nelnet<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 | Florida Department of Education, Office of S<br>PO Box 7019, Tallahassee, FL 32314-7019 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Fox Collection Center<br>Po Box 528<br>Goodlettsvile, TN 37070-0528 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Kenneth Lowenhauft<br>7765 SW 87th Ave<br>Ste 201<br>Miami, FL 33173-2586 |
| Navient Solutions, LLC on behalf of USA Fund<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA 18773-9430 | Nicholas Financial Inc<br>2454 Mcmullen-Booth Rd<br>Bldg C<br>Clearwater, FL 33759-1353 | Off Of Stu Fin Assista<br>Florida Department of Education<br>Po Box 7019<br>Tallahassee, FL 32314-7019 |
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Oxygen Recovery Group<br>1 Hillcrest Ctr<br>Spring Valley, NY 10977-3745 | Pizzuti Sevens Holding LLC<br>Pizzuti Park Lake LLC<br>629 N High Street<br>Ste 500<br>Columbus, OH 43215-2025 |
| Reliant Capital Group<br>4686 E Ontario Mills Pkw<br>Ontario, CA 91764-5104 | Said Lufti<br>Mngr of Lufti Investment Co<br>720 South Orange Blossom Trl<br>Orlando, FL 32805-3144 | Sallie Mae<br>Attn: Navient<br>Po Box 9500<br>Wilkes-Barr, PA 18773-9500 |

```
Steward Financial Svcs              SunTrust Bank                           Tbl
499 Old Kings Highway               Attn: Support Services                  560 S. Herlong Ave
Maple Shade, NJ 08052               P.O. Box 85092                          Rock Hill, SC 29732-9360
                                    Richmond, VA 23286-0001


Trident Asset Management            Us Dept Ed                              Us Dept Of Ed/Great Lakes Higher Educati
Attn: Bankruptcy                    Ecmc/Bankruptcy                         Attn: Bankruptcy
Po Box 888424                       Po Box 16408                            2401 International Lane
Atlanta, GA 30356-0424              St Paul, MN 55116-0408                  Madison, WI 53704-3121


Us Dept Of Ed/glelsi                Usa Funds/sallie Mae Servicing          Laurie K Weatherford +
Po Box 7860                         Cbe Group                               Post Office Box 3450
Madison, WI 53707-7860              Po Box 900                              Winter Park, FL 32790-3450
                                    Waterloo, IA 50704-0900


United States Trustee - ORL7/13 7+  Wayne B Spivak +                        Roman V Hammes +
Office of the United States Trustee Attorneys Justin Clark & Associates PLLC Roman V. Hammes, P.L
George C Young Federal Building     500 Winderley Place, Unit 100           1920 N. Orange Avenue, Suite 100
400 West Washington Street, Suite 1100 Maitland, FL 32751-7406              Orlando, FL 32804-5531
Orlando, FL 32801-2210


John L Laskey +                     Note: Entries with a '+' at the end of the
Stark & Stark                       name have an email address on file in CMECF
 993 Lenox Drive
 Lawrenceville, NJ 08648-2389
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Karen S. Jennemann               (u)Lufti Investment Company, Inc        End of Label Matrix
Orlando                                                                     Mailable recipients   43
                                                                            Bypassed recipients    2
                                                                            Total                 45
```