**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

Darryl Bernard Sheppard                                  Case No.: 6:17-bk-03351-KSJ
                                                         Chapter 13

    Debtor.
_____/

## MOTION TO REINSTATE DISMISSED CASE

COMES NOW, Debtor, DARRYL B. SHEPPARD, by and through the undersigned counsel, files this Motion to Reinstate Dismissed Case and in support thereof would state as follows:

1. The Debtor filed this Chapter 13 case on May 22, 2017.

2. The Debtor failed to provide the required documents for the bankruptcy petition to be deemed complete, and was therefore Dismissed by separate Order Dismissing Case on June 9, 2017 (DE# 14).

3. Debtor has since uploaded all schedules, statements, and Chapter 13 plan as of today, June 23, 2017.

WHEREFORE, the Debtor respectfully requests this Honorable Court for an Order Granting the Motion to Reinstate Dismissed Case to allow the Debtors to continue forward with their Chapter 13 bankruptcy case, and for such other relief that may be deemed just and proper in circumstances.

> By: /s/ Wayne B. Spivak
> Wayne B. Spivak, Esq.
> Florida Bar No. 38191
> Justin Clark & Associates, PLLC
> Attorney for Debtor
> 500 Winderley Place, Unit 100
> Maitland, FL 32751
> Tel: 321-282-1055
> Fax: 321-282-1051
> Email: wspivak@youhavepower.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Motion to Reinstate Dismissed Case have been furnished by regular U.S. Mail or electronically via ECF to Trustee Laurie K Weatherford, PO Box 3450, Winter Park, FL 32790; US Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801; Debtor Darryl Bernard Sheppard, 777 N Orange Ave, Apt 820, Orlando, FL 32801; and to all parties on the court mailing matrix this 23rd day of June, 2017.

By: /s/ Wayne B. Spivak
Wayne B. Spivak, Esq.
Florida Bar No. 38191
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: wspivak@youhavepower.com